No. 345. HAMILTON ET AL. *v.* ATLANTIC MORTGAGE & FINANCE Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. L. Nash* for petitioners. *Messrs. H. P. Adair* and *John C. Cooper, Jr.,* for respondent. ▇▇▇

No. 346. CLARKE ET AL. *v.* BOYSEN ET AL.;

No. 347. POGSON, TRUSTEE, ET AL., *v.* BIG HORN POWER Co. ET AL.; and

No. 348. CLARKE ET AL. *v.* CHICAGO, BURLINGTON & QUINCY R. Co. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Fred R. Wright* and *O. Ellery Edwards* for petitioners. *Messrs. J. Q. Dier, J. C. James,* and *Bruce Scott* for respondents. Reported below: 39 F. (2d) 800.

No. 349. NELSON *v.* PUGET SOUND NAVIGATION Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Cir~uit denied. *Mr. Winter S. Martin* for petitioner. *Mr. H. B. Jones* for respondent. ▇▇▇

No. 353. PHOENIX ASSURANCE Co. *v.* FLEMING ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert E. Steiner, Jr.,* for petitioner. *Mr. W. O. Mulkey* for respondents. ▇▇▇

No. 354. LEWIS *v.* CANADIAN PACIFIC RY. Co. ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Andrew R. Sheriff* for petitioner. *Messrs. Wirt E.*

870

*Humphrey* and *Edwin H. Cassels* for respondents.

No. 355. I. G. FARBENINDUSTRIE *v.* LACY. October 20, 1930. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Livingston Gifford* and *Wm. E. Warland* for petitioner. *Mr. Julian S. Wooster* for respondent.

No. 357. WOOD ET AL. *v.* SALT RIVER VALLEY WATER USERS ASSN. INC. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Ray* for petitioners. *Messrs. Walter Bennett, John L. Gust,* and *Frank O. Smith* for respondent.

No. 359. FLORIDA EAST COAST RY. Co. *v.* CLARK, ADMINISTRATRIX. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert H. Anderson* for petitioner. *Mr. George C. Bedell* for respondent.

No. 363. LENSING, RECEIVER, *v.* RAYZOR. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Stroud, Jr.,* for petitioner. *Mr. J. Newton Rayzor* for respondent.

No. 364. EX PARTE FRANTZ. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Russell S. Ritz* for petitioner.